IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| FRANKLIN L. WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NOS. CV511-019 |
| ) | CR506-014 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

Before the Court is Petitioner Franklin L. Williams's Response in Opposition (Doc. 19) to this Court's order (Doc. 15) adopting the Magistrate Judge's Report and Recommendation (Doc. 4) and dismissing his case. As Petitioner previously filed objections to the report and recommendation, the Court will construe this response as a motion for reconsideration. After carefully reviewing Petitioner's motion, the Court can find no reason to disturb its prior order. Accordingly, Plaintiff's motion is **DENIED**.

SO ORDERED this 2ND day of November 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA