IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Petitioner,

vs.

CIVIL ACTION NO.: CV511-077

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. Defendant Franklin Williams ("Williams") admits in his Objections that the Eleventh Circuit Court of Appeals rejected his application to file a second or successive 28 U.S.C. § 2255 motion. Accordingly, this Court cannot exercise jurisdiction over Williams' motion.

Williams' Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Williams' Motion to Vacate, Set Aside, or Correct his Sentence, filed pursuant to 28 U.S.C. § 2255, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

SO ORDERED, this 2ND day of DECEMBER, 2011.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)