FILED
U.S. DISTRICT COURT
SAV...... DIV.

2013 APR -3 AM II: 2

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,                )
                                     )
        Petitioner,                  )
                                     )
v.                                   )        CASE NOS.  CV509-104
                                     )                   CR506-014
UNITED STATES OF AMERICA,            )
                                     )
        Respondent.                  )
                                     )
_____)

## O R D E R

Before the Court is Petitioner's Motion for Leave to Appeal In Forma Pauperis. (Doc. 81.) In this case, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); see Fed. R. App. P. 24(a)(3)(A). After careful consideration, the Court finds that this appeal is frivolous and not taken in good faith. Accordingly, Plaintiff's Motion for Leave to Appeal In Forma Pauperis is **DENIED**.

SO ORDERED this _3rd_ day of April 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA