IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,         )
                              )
     Petitioner,              )
                              )
v.                            )       CASE NO. CV513-008
                              )
UNITED STATES OF AMERICA,     )
RICHARD M. DARDEN,            )
                              )
     Respondents.             )
                              )

## ORDER

Before the Court is Petitioner's Notice of Appeal, which is construed as a request for a Certificate of Appealability. (Doc. 10.) Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). The Court has carefully considered Petitioner's claims and finds that he cannot meet the above standard. Accordingly, Petitioner's construed request for a Certificate of Appealability is **DENIED**.

SO ORDERED this 13th day of May 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA